# United States Bankruptcy Court
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: } | Chapter | 13 |
| } | | |
| **Lee C. DeWalt** | | |
| **Shelly B. DeWalt**  } | Case No. | 10-58997 |
| } | | |
| Debtors  } | Judge: | Caldwell |

### MOTION TO MODIFY A CONFIRMED CHAPTER 13 PLAN

    Now come debtors herein, Lee C. DeWalt and Shelly B. DeWalt, by and through their counsel Andrew Yiangou, and hereby moves this Court for an Order modifying their Chapter 13 Plan payments from $885.00 per month to $1,650.00 per month for 16 months and $1,800.00 until the end of the plan effective January 1, 2012, The dividend to unsecured creditors remains at 100%.  In addition, Debtors proposes the Chapter 13 Trustee pay their mortgage of $769.13 by conduit starting in January 1, 2012. Also, Colonial Savings & Loan will be amending their Proof of Claim to include the arrearage of $4,244.23.  The plan will complete within 60 months.

    The Chapter 13 Plan was confirmed on October 12, 2010 with a 100% dividend plan.

    /s/ Andrew Yiangou
**Andrew Yiangou (0056146)**
Attorney for Debtors
3099 Sullivant Avenue
Columbus, Ohio 43204
Tel:  (614) 279-8276
Fax: (614) 308-0613
bankruptcy@byattorneys.com

### MEMORANDUM IN SUPPORT

    Debtors got behind on their mortgage payments and will need to amend their plan.  An Amended Schedule I and J are attached and incorporated by reference herein.

    /s/ Andrew Yiangou
**Andrew Yiangou     (0046146)**
Attorney for Debtors

## NOTICE OF
## RIGHT TO RESPOND WITHIN TWENTY ONE (21) DAYS

The Debtors have filed papers with the Court to grant the approval of the Motion to Modify a Confirmed Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

If you do not want the Court to grant this Motion to Modify a Confirmed Plan, or if you want the Court to consider your views on the Motion, then or before twenty one (21) days from the date of the mailing of this Notice, you or your attorney must:

File with the Court a written request for hearing and an objection to the Motion to Modify a Confirmed Plan stating therein the basis for your objection. This pleading must be filed with the Clerk of Courts, United States Bankruptcy Court, 170 N. High Street, Columbus, OH 43215. If you mail your response to the Court for filing you must mail it early enough so the Court will *receive* it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion to Modify a Confirmed Plan and may enter an Order granting that relief.

**You must also mail a copy to:**

ALL CREDITORS LISTED ON ATTACHED EXHIBIT "A"

ANDREW YIANGOU
ATTORNEY FOR DEBTORS
3099 SULLIVANT AVENUE
COLUMBUS, OH 43204

OFFICE OF THE US TRUSTEE
170 N. HIGH STREE, STE 200
COLUMBUS, OH 43215

JEFFREY P. NORMAN
CHAPTER 13 STANDING TRUSTEE
P O BOX 1718
SUITE 200
MEMPHIS, TN 38101-1718

LEE & SHELLY DEWALT
1739 EASTBROOK DRIVE S
COLUMBUS, OH 43223

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served by first-class U. S. mail, postage prepaid, on the 10th day of December, 2011, on the parties whose names and addresses are set forth below.

**Respectfully submitted,**

/s/ Andrew Yiangou
**Andrew Yiangou** OH Supr Crt No. 0056146
*Attorney for Debtor(s)*
3099 Sullivant Avenue
Columbus, Ohio 43204
Tel:  (614) 279-8276
Fax: (614) 308-0613
bankruptcy@byattorneys.com

Parties Served:

ALL CREDITORS LISTED ON EXHIBIT "A"

B6I (Official Form 6I) (12/07)

In re **Lee C DeWalt**
**Shelly B DeWalt**
Debtor(s)

Case No. **2:10-bk-58997**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): Son / Son | AGE(S): 13 / 17 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Dock Worker** | **Skip Tracer** |
| Name of Employer | **Parsec, Inc.** | **NCO Financial Systems** |
| How long employed | **7 Years** | **13 Years** |
| Address of Employer | **1100 Gest Street** **Cincinnati, OH 45203** | **150 Crosspoint Parkway** **Getzville, NY 14068** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,354.00 | $ 2,730.00 |
| 2. Estimate monthly overtime | $ 194.00 | $ 1,049.00 |
| 3. SUBTOTAL | $ 2,548.00 | $ 3,779.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 528.00 | $ 954.00 |
| b. Insurance | $ 72.00 | $ 124.00 |
| c. Union dues | $ 37.00 | $ 0.00 |
| d. Other (Specify): **401 K** | $ 0.00 | $ 151.00 |
| **401 K Loan - Ends in 23 months** | $ 0.00 | $ 158.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 637.00 | $ 1,387.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,911.00 | $ 2,392.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,911.00 | $ 2,392.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 4,303.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**NONE**

**B6J (Official Form 6J) (12/07)**

In re   **Lee C DeWalt**
    **Shelly B DeWalt**                                                                                          Case No.   **2:10-bk-58997**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

   Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | |
|    b. Is property insurance included?    Yes **X**    No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | $ 250.00 |
|               b. Water and sewer | $ 116.00 |
|               c. Telephone | $ 150.00 |
|               d. Other  **See Detailed Expense Attachment** | $ 170.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|               a. Homeowner's or renter's | $ 0.00 |
|               b. Life | $ 0.00 |
|               c. Health | $ 0.00 |
|               d. Auto | $ 142.00 |
|               e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|         (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|               a. Auto | $ 0.00 |
|               b. Other | $ 0.00 |
|               c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Haircuts & Toiletries** | $ 105.00 |
|      Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,653.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **None**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ 4,303.00 |
| b.  Average monthly expenses from Line 18 above | $ 2,653.00 |
| c.  Monthly net income (a. minus b.) | $ 1,650.00 |

**B6J (Official Form 6J) (12/07)**

In re **Lee C DeWalt**  
**Shelly B DeWalt**  
Debtor(s)

Case No. **2:10-bk-58997**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Cable, Internet** | $ **145.00** |
| **Trash** | $ **25.00** |
| **Total Other Utility Expenditures** | $ **170.00** |

```
Label Matrix for local noticing          PRA Receivables Management LLC          United States Bankruptcy Court
0648-2                                   POB 41067                               170 North High Street
Case 2:10-bk-58997                       Norfolk, VA 23541-1067                  Columbus, OH 43215-2414
Southern District of Ohio
Columbus
Thu Dec  1 15:03:57 EST 2011

Asset Recovery Solutio                   Asset Recovery Solutions                Asst US Trustee (Col)
2200 E Devon Ave Ste 200                 2200 E Devon Ave                        Office of the US Trustee
Des Plaines, IL 60018-4501               Suite 200                               170 North High Street
                                         Des Plaines, IL 60018-4501              Suite 200
                                                                                 Columbus, OH 43215-2417

Cardmember Service Center                Chase                                   Citi Auto
P.O. Box 5251                            Po Box 15298                            2208 Highway 121 Ste 100
Carol Stream, IL 60197-5251              Wilmington, DE 19850-5298               Bedford, TX 76021-5981

CitiFinancial Auto Corporation           Citifinancial                           Citifinancial
PO Box 9578                              300 Saint Paul Pl                       3025 West Broad Street
Coppell TX 75019-9513                    Baltimore, MD 21202-2120                Columbus, OH 43204-2653

Collection                               Colonial Savings FA                     Credit Management, LP
Po Box 9134                              PO Box 2988                             4200 International Parkway
Needham, MA 02494-9134                   Fort Worth, TX 76113-2988               Carrollton, TX 75007-1912

Credit Mgmt                              Credit One Bank                         Doctors Hospital
4200 International Pkwy                  Po Box 98875                            P.O. Box 182143
Carrollton, TX 75007-1912                Las Vegas, NV 89193-8875                Columbus, OH 43218-2143

Escallate Llc                            Fingerhut                               Flowers Family Practice
5200 Stoneham Rd                         6250 Ridgewood Road                     3667 Marlane Drive
North Canton, OH 44720-1584              Saint Cloud, MN 56303-0820              Grove City, OH 43123-8895

GE Money Bank                            GE Money Bank                           Gemb/care Credit
Attn: Bankruptcy Department              c/o Recovery Management Systems Corporat Po Box 981439
PO Box 960061                            25 SE 2nd Ave Suite 1120                El Paso, TX 79998-1439
Orlando FL 32896-0661                    Miami FL 33131-1605

Gemb/walmart                             Gregory D. Woodridge, Esq.              Hsbc Bank
Po Box 981400                            Frank & Wooldridge Co., LPA             Po Box 5253
El Paso, TX 79998-1400                   600 South Pearl Street                  Carol Stream, IL 60197-5253
                                         Columbus, OH 43206-1017

Javitch, Block & Rathbone                Javitch, Block & Rathbone               Javitch, Block & Rathbone
1100 Superior Avenue, 19th Floor         130 E Town St                           Attorney at Law
Cleveland, OH 44114-2521                 Suite 1250                              1100 Superior Avenue, 18th floor
                                         Columbus, OH 43215                      Cleveland, OH 44114-2518
```

| | | |
|---|---|---|
| Joseph D. Ryan, DDS<br>2233 W Broad Street<br>Columbus, OH 43223-1038 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>P.o. B   10584<br>Greenville, SC 29603-0584 |
| Metabnk/fhut<br>P.O. Box 1250<br>Saint Cloud, MN 56395-1250 | Midland Credit Management<br>8875 Aero Drive<br>San Diego, CA 92123-2251 | NCO Financial Systems, Inc.<br>5100 Peachtree Industrial Blvd<br>Dept 64<br>Norcross, GA 30071-5721 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Health<br>5350 Frantz Road<br>Dublin, OH 43016-4259 | PRA Receivables Management LLC<br>Portfolio Recovery Assocs<br>PO Box 41067<br>Norfolk VA 23541-1067 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | PayPal Buyer Credit<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recvry&affil<br>287 Independence<br>Virginia Beach, VA 23462-2962 | State of Ohio<br>Department of Taxation<br>30 East Broad Street<br>Columbus, OH 43215-3414 | T-Mobile Financial<br>P.O. Box 2400<br>Young America, MN 55553-2400 |
| The Huntington National Bank<br>c/o Weltman, Weinberg & Reis Co., LPA<br>323 W. Lakeside Avenue, 2nd Fl.<br>Cleveland, Ohio 44113-1085 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614-1501 | Andrew Yiangou<br>3099 Sullivant Avenue<br>Columbus, OH 43204-1895 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 |
| Lee C DeWalt<br>1739 Eastbrook Drive S<br>Columbus, OH 43223-3705 | Shelly B Dewalt<br>1739 Eastbrook Drive S<br>Columbus, OH 43223-3705 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Toyota Motor Credit<br>P.O. Box 2730<br>Mail Stop WF22<br>Torrance, CA 90509-2730 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     0<br>Total                  52 |