**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 6, 2015**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | : | **Case No. 10-58997** |
| | : | |
| Lee C. DeWalt | : | Chapter 13 |
| Shelly B. DeWalt | : | |
| | : | (Judge Caldwell) |
| Debtors. | | |

### SCHEDULING ORDER REGARDING THE APPLICATION FOR ADMINISTRATIVE EXPENSES (DOC. NO. 75) AND THE RESPONSE OF THE TRUSTEE (DOC. NO. 76)

The Court has reviewed the above-captioned pleadings regarding a dispute over the value of the vehicle. It appears that this dispute may be resolved by the exchange of documentation, including appraisals, and discussions. Accordingly, the following schedule is established:

- On or before **May 6, 2015**, the parties shall exchange all information relevant to their dispute, and shall meet to determine whether a settlement can be reached.

- On or before **May 6, 2015**, the parties shall upload an agreed entry or a joint request for hearing indicating the amount of hearing time required, and including a detailed list of witnesses to be called and documents to be offered into evidence.

**IT IS SO ORDERED.**

**Copies to**:

Default List
Kathleen Tourgeman, Courtroom Deputy

###