THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  LEE C DEWALT                                             CASE NO: 10-58997
        SHELLY B DEWALT

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

### NOTICE OF INTENTION
### TO PAY ADDITIONAL CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim was filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intent to Pay Claims:

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 00036 | Ohio Health Corporation<br>5350 Frantz Rd<br>Dublin, OH  43016-4259 | 1,273.79 | 100.00 | Post Petition |

The Trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orders.

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to allow the claim of the creditor named in the amount set forth above pursuant to 11 U.S.C. 502(a), and Rule 3010 (b), Rules of Bankruptcy Procedure.  Unless within twenty-one (21) days after this date an Objection to Claim along with a Notice of Motion and Opportunity for Hearing is filed with the Court, and served on the undersigned, and the claimant, the claim shall be allowed.

Dated: May 08, 2015

/s/Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

# THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  LEE C DEWALT                                             CASE NO: 10-58997
        SHELLY B DEWALT

                                                                                           CHAPTER 13

                                                                                           JUDGE: CHARLES M. CALDWELL

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 08, 2015, a copy of the foregoing Notice of Intention to Pay Additional Claim was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

**Notice will be electronically mailed to:**

Asst US Trustee (Col)
Frank M. Pees
Steven D Sundberg

**and on the following by ordinary U.S. Mail addressed to:**

LEE C DEWALT
SHELLY B DEWALT
1739 EASTBROOK DR S
COLUMBUS, OH  43223

Ohio Health Corporation
5350 Frantz Rd
Dublin, OH  43016-4259